IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MORK A GUNDERSON,

    Plaintiff,

        v.                      Case No. 3:26-cv-00167-~~amb~~ jdp

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

Upon remand, the ALJ should give further consideration to the medical source opinions and prior administrative medical findings pursuant to the provisions of 20 C.F.R. § 416.920c. The ALJ should offer the claimant the opportunity for a hearing, take

further action to complete the administrative record resolving the above issues, and

issue a new decision.

Dated this ___28TH___ day of ___MAY___, ___2026___ .

_____
ANITA M. BOOR    JAMES D. PETERSON
United States ~~Magistrate~~ DISTRICT Judge